IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-0328-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JOEL M. ARNOLD, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 13, 2006.**

      For good cause shown, and upon indication of no opposition from the Securities and Exchange Commission or the Office of the United States Attorney, Defendant Richard L. Weston's Motion for Limited Relief From the Stay of Proceedings [Filed September 12, 2006; Docket #63] is **granted.**  The stay of proceedings in this action is hereby lifted for the limited purpose of allowing Defendant Richard L. Weston to file a Motion to Dismiss.  Defendant Weston shall have until and including October 13, 2006, in which to file his Motion to Dismiss in this regard.