IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00328-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.

JOEL M. ARNOLD,
GRANT P. GRAHAM,
THOMAS W. HALL,
DOUGLAS K. HUTCHINS,
JOHN M. WALKER,
RICHARD L. WESTON,

      Defendants.

---

## ORDER GRANTING MOTION TO LIFT STAY

---

**Blackburn, J.**

      This matter is before me on **Defendant John M. Walker's Second Motion To Lift Stay and for Permission To File Response To Complaint** [#92], filed December 10, 2007. The SEC has filed a response, and Walker has filed a reply.

      Initially, this case was stayed because of the pendency of parallel criminal prosecutions. Presently, I know of no pending or contemplated criminal prosecutions against the named defendants in this case. Further, I know of no pending or contemplated criminal prosecutions that will create any substantial conflict with efforts to begin moving this case toward resolution. The office of the United States Attorney for this district has filed a response [#95], filed December 26, 2007, indicating that it has no opposition to lifting the stay in this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant John M. Walker's Second Motion To Lift Stay and for Permission To File Response To Complaint** [#92], filed December 10, 2007, is **GRANTED**;

2. That the stay entered by the court in the court's order [#27], filed April 23, 2003, is **LIFTED**;

3. That consistent with the request of defendant Walker, the defendants shall have until **March 10, 2008**, to file a response to the complaint.

Dated January 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge