IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00328-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

JOEL M. ARNOLD, et al.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 30, 2008.**

     Defendant Walker's Motion to Vacate Settlement Conference [filed March 28, 2008; doc #154] is **granted**. At this point, the Court will not reset the settlement conference. After the first (and perhaps second) settlement conferences in this case are conducted, the Court will hold a status hearing with Defendant Walker and Plaintiff for purposes of setting a settlement conference.