# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 03-cv-0328-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOEL M. ARNOLD,
GRANT P. GRAHAM,
THOMAS W. HALL,
DOUGLAS K. HUTCHINS,
JOHN M. WALKER, and
RICHARD L. WESTON,

    Defendants.

## MINUTE ORDER[1]

The matters before the court are:

1.     The **Unopposed Motion** by Joel M. Arnold for Extension of Time to File Reply in Support of Motion to Dismiss or for Summary Judgment **[#134]** [#175] filed May 23, 2008; and

2.     The **Unopposed Motion** by Joel M. Arnold for Leave to Exceed Ten-Page Limit for Reply Brief on Motion to Dismiss or for Summary Judgment **[#134]** [#176] filed May 23, 2008.

After careful review of the motions and the file, the court has concluded that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.     That the **Unopposed Motion** by Joel M. Arnold for Extension of Time to File Reply in Support of Motion to Dismiss or for Summary Judgment **[#134]** [#175] filed May 23, 2008, is **GRANTED**, and defendant

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

Arnold shall have up to and including **June 4, 2008**, in which to file his reply; and

2. That the **<u>Unopposed Motion</u> by Joel M. Arnold for Leave to Exceed Ten-Page Limit for Reply Brief on Motion to Dismiss or for Summary Judgment [#134]** [#176] filed May 23, 2008, is **GRANTED**, and defendant Arnold is permitted to file a fifteen page reply brief in support of the motion to dismiss or for summary judgment.

Dated: May 27, 2008