IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 03-cv-00328-CMA-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOEL M. ARNOLD,
GRANT P. GRAHAM,
THOMAS W. HALL,
DOUGLAS K. HUTCHINS,
JOHN M. WALKER, and
RICHARD L. WESTON,

    Defendants.

## ORDER GRANTING DEFENDANT ARNOLD'S MOTION TO DISMISS

This matter is before the Court on Defendant Douglas K. Hutchins' Motion to Join Joel M. Arnold's Motion to Dismiss Section 17(a) Claims and for Failure to Plead Materiality (Doc. # 136). The Court hereby GRANTS Defendant Hutchins' motion and ORDERS that he is permitted to join Joel M. Arnold's Motion to Dismiss Section 17(a) Claims (Doc. # 133).

IT IS FURTHER ORDERED that further motions in this matter must be accompanied by a proposed order <u>filed in chambers</u>, in the proper format. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case

Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: October  24 , 2008.

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge