IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00328-CMA-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JOEL M. ARNOLD, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 7, 2009.**

      For good cause shown, Plaintiff's Unopposed Motion to Stay Discovery regarding Genuity Transaction [filed April 6, 2009; docket #225] is **granted**. Discovery regarding the Genuity Transaction is temporarily stayed pending final settlement with Defendant Weston and Defendant Arnold. Plaintiff shall submit a status report with the Court within five (5) days of the Commission's decision approving or rejecting the settlement proposals.