**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 03-cv-00328-CMA-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOEL M. ARNOLD,
GRANT P. GRAHAM,
DOUGLAS K. HUTCHINS,
JOHN M. WALKER, and
RICHARD L. WESTON,

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST JOHN M. WALKER
AND ORDER VACATING TRIAL DATES**

---

Having considered Plaintiff's Motion To Dismiss Claims Against John M. Walker (Doc. # 235), having reviewed the file, and for good cause shown, the Court hereby

ORDERS that all claims against Defendant John M. Walker are DISMISSED WITH PREJUDICE, the parties to bear his and its own costs.

IT IS FURTHER ORDERED that Plaintiff's Motion To Vacate Trial and Final Pretrial Conference (Doc. # 237) is GRANTED.  The Final Trial Preparation Conference set for October 16, 2009 and the two-week jury trial set to commence November 2, 2009 are hereby VACATED.

DATED:  July __8__, 2009

                                            BY THE COURT:

                                            *Christine M. Arguello*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge